**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Simon SALDANA, also known
as Chaparro, Defendant–
Appellant.**

No. 05–10748.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

J. Michael Worley, Nancy E. Larson, Assistant U.S. Attorneys, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Richard Alley, Fort Worth, TX, for Defendant–Appellant.

---

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Simon Saldana raises arguments that are foreclosed by the remedy opinion in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), which effectively converted the Sentencing Guidelines from a mandatory regime to an advisory regime. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.